UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:14-cr-0229-JMS-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| AISIN SEIKI CO., LTD., | ) | Hon. Jane E. Magnus-Stinson |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION REGARDING VICTIM NOTIFICATION

Aisin Seiki Co., Ltd. ("the Defendant") is scheduled to appear before this Court for an initial hearing, hearing on Defendant's Petition to Enter a Plea of Guilty, and sentencing on February 4, 2015, at 2:00 p.m. The United States submitted its Sentencing Memorandum on December 30, 2014. On January 29, 2015, the Court requested additional information regarding the United States' efforts to notify potential victims in this case, and whether any victims will want to enforce their rights pursuant to 18 U.S.C. § 3771(a). The United States responds as follows.

The United States has consulted with the direct purchasers of the affected products – i.e., the four automobile manufacturers that purchased affected variable valve timing ("VVT") devices from the Defendant and which are listed in the Plea Agreement – and asked whether any wished to pursue restitution. *See* 18 U.S.C. § 3771(a)(6). Three of the four purchasers responded that they would not seek criminal restitution and would pursue remedies, if any, through civil actions. The fourth purchaser replied that it too was inclined to seek redress via civil action, but initially asked to reserve its rights to seek criminal restitution. That purchaser has since informed the United States that it will not seek criminal restitution.

1

In addition, in December 2014, the United States notified the direct purchasers of the date, time, and location of the upcoming February 4, 2015 hearing so that they could have a meaningful opportunity to be heard pursuant to 18 U.S.C. § 3771(a)(4). The United States also issued a press release regarding the case and publicly posted notice of the hearing on the Antitrust Division's Criminal Victims web page[1] to provide notice to any other affected parties.

To date, the United States has received no indication that any party intends to enforce its rights under 18 U.S.C. § 3771(a). A number of parties have, however, already filed civil actions in connection with this case. *See In Re: Automotive Parts Antitrust Litigation*, No. 2:13-cv-02502, ECF No. 33 (E.D. Mich., Jan. 16, 2015) (auto dealerships); *In Re: Automotive Parts Antitrust Litigation*, No. 2:13-cv-02503, ECF No. 27 (E.D. Mich., Jan. 16, 2015) (end-payors). Also, there is currently an MDL in the U.S. District Court for the Eastern District of Michigan consolidating various class actions that have been filed in connection with the Antitrust Division's ongoing automotive parts cartel investigation. Thus, any additional parties that wish to pursue civil remedies – which provide for treble damages – in connection with this case have a readily available forum to do so.

**REST OF THE PAGE INTENTIONALLY LEFT BLANK**

---

[1] http://www.justice.gov/atr/victim/vrhearings.html.

Dated:  January 30, 2015

        Respectfully Submitted,

        /s Michael N. Loterstein
        Michael N. Loterstein, IL Bar No. 6297060
        Andrew K.M. Rosa, HI Bar No. 6366
        Ruben Martinez, Jr., TX Bar No. 24052278
        Matthew J. McCrobie, IL Bar No. 6309644
        Attorneys
        U.S. Department of Justice
        Antitrust Division
        209 S. LaSalle, Suite 600
        Chicago, IL 60604
        Tel.:  312-984-7200
        Fax: 312-984-7299
        Email: Michael.Loterstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2015, a copy of the foregoing UNITED STATES' RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION REGARDING VICTIM NOTIFICATION was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Jeremy J. Calsyn
    Cleary Gottlieb Steen & Hamilton LLP
    jcalsyn@cgsh.com

                       By:    s/Michael N. Loterstein
                                Michael N. Loterstein
                                Trial Attorney
                                Antitrust Division
                                U.S. Department of Justice
                                209 S. LaSalle Street, Suite 600
                                Chicago, IL 60604
                                Telephone: (312) 984-7217
                                Facsimile: (312) 984-7299
                                Email:  Michael.Loterstein@usdoj.gov