UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AISIN SEIKI CO., LTD. (01), )<br>)<br>Defendant. ) | No. 1:14-cr-00229-JMS-MJD |

## ENTRY FOR FEBRUARY 4, 2015

On this date, Defendant Aisin Seiki Co., LTD. appeared in person by General Manager Masami Nomizo and by counsel, Jeremy Calsyn for an initial appearance, change of plea and sentencing hearing. The Government appeared by counsel, Michael Loterstein and Andrew Rosa together with its investigative agent, Russell Warlick. Kyunghee Lee and Tomoko Kawasumi were sworn in as the Interpreters. Stephanie Ivie appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Jean Knepley.

Charges, rights, and penalties were read and explained. The Defendant signed a waiver of indictment in open Court. The Information, Petition to Enter a Plea of Guilty and Superseding Plea Agreement were refiled as of this date. The Defendant waived formal arraignment. The Court proceeded to the change of plea and sentencing hearing.

After placing the Defendant under oath, the Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the Defendant's plea of guilty to the Information and the Defendant responded affirmatively. Evidence of a factual basis for the plea was heard and accepted of record. The Court also

conducted additional inquiry of the Defendant, and as a result of the information and testimony provided at the hearing the Court was satisfied that:

- the Defendant was fully competent and able to enter an informed plea,
- the Defendant's plea was being made knowingly and voluntarily,
- the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.

The Court accepted the Plea Agreement pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(C). The Court adjudged the Defendant guilty.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Pursuant to the Sentencing Reform Act of 1984, Sentence was imposed as stated on the record, including:
  Special Assessment: $400.00
  Fine: $35.8 million

- The defendant organization, Aisin Seiki Co., LTD., is hereby ordered to pay to the United States a fine of $35.8 million. The Court is departing from the statutory fine provision based on the defendant organization's substantial assistance to the government. Payment of the fine is due in full before the 15th day after the date of judgment.

- The defendant shall pay to the United States a special assessment of $400. Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

Date: February 5, 2015

*signature*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeremy J. Calsyn
CLEARY GOTTLIEB STEEN & HAMILTON LLP
jcalsyn@cgsh.com

Andrew Kilohoku Rosa
U.S. DEPARTMENT OF JUSTICE -- Chicago
andrew.k.rosa@usdoj.gov

Matthew James McCrobie
U.S. DEPARTMENT OF JUSTICE -- Chicago
matthew.mccrobie@usdoj.gov

Michael Neal Loterstein
U.S. DEPARTMENT OF JUSTICE -- Chicago
michael.loterstein@usdoj.gov

Ruben  Martinez, Jr.
U.S. Department of Justice
ruben.martinez@usdoj.gov